C. A. No. 76-77. STATE *v.* FRANCIS J. PAQUETTE. Motion of State to extend the time for filing its brief to October 1, 1976 granted. If the brief is not filed by that date there shall be no further extension of time in this matter. *Julius C. Michaelson*,

Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, for defendant.